No. 1173, Misc. SPADY *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 1176, Misc. GAUDET *v.* COWEN ET AL. C. A. 5th Cir. Certiorari denied. *Cecil M. Burglass, Jr.* for petitioner.

No. 1178, Misc. GARCIA *v.* TURNER. C. A. 10th Cir. Certiorari denied. *George H. Searle* for petitioner. *A. Pratt Kesler,* Attorney General of Utah, and *Ronald N. Boyce,* Assistant Attorney General, for respondent.

No. 1181, Misc. DELLA UNIVERSITA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 1182, Misc. BAGLEY *v.* WILSON, CORRECTIONAL SUPERINTENDENT, ET AL. Supreme Court of California. Certiorari denied.

No. 1185, Misc. JOHNSON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 1186, Misc. SMITH *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.